### 12376.  TILLMAN *v.* THE STATE.

LUKE, J. The evidence in this case does not authorize the verdict. It was error to overrule the motion for a new trial.

*Judgment reversed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JUNE 14, 1921.

Accusation of vagrancy; from city court of Swainsboro — Judge Kirkland. March 28, 1921.

The marshal of Summit testified: The accused had been around that place three or four weeks, during which period he worked about an hour and a half. Witness did not know that he did not work any more than that; spoke to him about going to work, and got him a job with one Hicks. He said he was sick. He was tried in the mayor's court on a like charge, and there confessed that he had not worked much, because he was sick. Witness saw him every day; he did not work for Hicks two days; he was seen at a house in the negro quarter, not in bed. Witness saw him on Monday; did not see him on Wednesday or Thursday. He might have made enough, in the time he worked, to support himself for the rest of the time. Witness did not think (but was not positive) that accused had any property or other means of support. — A physician testified that after the trial in the mayor's court he examined the accused, who had syphilis; witness considered him able to work; could not say that he was

not sick, or that he was able to work, at times other than that of the examination.

*A. S. Bradley,* for plaintiff in error.

*I. W. Rountree, solicitor,* contra.